because the term under which the defendant claimed had expired.

KENT, Ch. J. The inquisition and proceedings below must be quashed, and re-restitution be awarded. The last objection is fatal, within the decisions of this court, in *Beebee* ads. *The People*, in January term, 1802, and *Shaw* ads. *The People*, August, 1803. Vol. 1. p. 125. I think the second and fifth also are equally fatal. As to the objection that the term is expired, and neither party have title, we cannot inquire into, and decide by affidavit in this way on the title or rights of the parties: the complainant below has nothing to do with that. He must give up the possession irregularly obtained, put the defendant in *statu qno*, and then proceed legally to the question of title.[1]

Conviction quashed.

Re-restitution awarded.

---

## MANN *against* MARSH.

If a debtor do not direct the application of a payment, his creditor may place it to what account he pleases.

THE court ruled that where a person pays money to a creditor, who has demands against him on two accounts, the creditor may place it to which he pleases, unless the debtor direct its application.[2]

---

[1] *People* v. *Shaw*, 1 Cai. R. 125; see Rev. Stat. vol. 2, p. 508, s. 3, 6, 11; *People* v. *Van Nostrand*, 9 Wend. 52; see 4 Black. Com. 148; 1 Hawk. 274; 11 J. R. 504; 9 Wend. 51; 11 Wend. 157; 13 J. R. 349; 1 Hall, 240. As to complaint, &c., see 2 R. S. p. 508, § 3, and subsequent sections; 10 J. R. 304; 13 J. R. 158.

[2] See decisions relative to the application of money paid on account, *Clark* v. *Burdett*, 2 Hall, 197; *Hall* v. *Constant*, 2 Hall, 185; doctrine con-

sidered and discussed in case of *Stone* v. *Seymour,* 15 Wend. 19 ; *Paterson* v. *Hale,* 9 Cow. 747 ; *Seymour* v. *Van Slyck,* in Error, 19 Wend. 19 ; 3 Sumn. R. 98 ; 9 Wheat. 720 ; *Allen* v. *Culver,* 3 Denio, 284 ; *Cowperthwaits* v. *Sheffield,* 1 Sandf. Rep. 416 ; *Niagara Bank* v. *Roosevelt,* 9 Cow. 409 ; *Baker* v. *Stackpoole,* 9 Cow. 420 ; *Van Ransselear Ex.* v. *Roberts,* 5 Denio, 470 ; *Pattison* v. *Hull,* 9 Cow. 747 ; *People* v. *County of New York,* 5 Cow. 331 ; *Roberts* v. *Garnie,* 3 Cai. R. 14.